BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: ) | Chapter 11 | |
| Delta Co, LLC, ) | Case No. 23-00719 (TJC) | |
| Debtor. ) | | |
| In re: ) | Chapter 11 | |
| Integrated Insight Therapy, LLC, ) | Case No. 23-00720 (TJC) | |
| Debtor. ) | | |

**Order (I) Directing Joint Administration of the
Chapter 11 Cases and (II) Granting Related Relief**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forther in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the order of reference; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 23-00719 (TJC).

3. The caption of the jointly administered cases should read as follows:

BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| In re: ) | Chapter 11 |
| Delta Co, LLC,[1] ) | Case No. 23-00719 (TJC) |
| Debtor. ) | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Delta Co, LLC (7102) and Integrated Insight Therapy, LLC (4080). The Debtors' service address is: 555 Meeker St, Delta, CO 81416.

1. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

2. A docket entry, substantially similar to the following, shall be entered on the docket of each of Integrated Insight Therapy, LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration for procedural purposes only of the chapter 11 cases of: Delta Co, LLC, Case No. 23-00719 and Integrated Insight Therapy, LLC, Case No. 23-00720. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-00719 (TJC).**

3. The Debtors shall maintain, and the Clerk of the United Stated Bankruptcy Court for the Northern District of Iowa shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

4. Nothing contained in this Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these

chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

5.  Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

6.  The terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.  This Court retains exclusive jurisdiction with respect to all matters arising from or related ot the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023

_____
United States Bankruptcy Judge