**UNANIMOUS WRITTEN CONSENT
OF THE SOLE MEMBER OF
INTEGRATED INSIGHT THERAPY LLC,
A LIMITED LIABILITY COMPANY**

The undersigned member of Delta Co LLC, an Iowa limited liability company (the "**Company**"), being the sole member of the Company and acting by unanimous consent without a meeting, hereby waives any notice and other requirements for the holding of a meeting of the members and as of September 6, 2023, adopts the following resolutions:

**WHEREAS** the Company, as of September 2023, is insolvent;

**WHEREAS** the sole member of the Company has determined it is in the best interest of the Company to file a petition for voluntary bankruptcy as a small business debtor under chapter 11 of title 11 of the United States Code; and

**WHEREAS** the undersigned desires to execute this unanimous written consent in lieu of a formal meeting and agrees that the adoption of the following resolutions shall be valid and have the same force and effect as though such resolutions had been adopted at a formal meeting.

**NOW THEREFORE, BE IT**:

**RESOLVED** that the Company file a petition for voluntary bankruptcy as a small business debtor under chapter 11 of title 11 of the United States Code;

**RESOLVED** that the Company shall file a petition for bankruptcy as a small business debtor on September 7, 2023;

**RESOLVED** that the member, Joel Watts, as Founder of the Company, and any other officer of the Company so directed by the member (collectively the "**Authorized Personnel**"), be, and each of them individual hereby is, authorized and directed to do and perform or cause to be done and performed all such acts, deeds, and things, and to make, execute, and deliver, or cause to be made, executed, and delivered, all such agreements, undertakings, documents, instruments, or certificates in the name of the Company and to retain such parties, agents, and advisors and to incur and pay such expenses, fees, and taxes as shall, in the opinion of the Authorized Personnel of the Company executing the same, considered necessary or advisable (such necessity or advisability to be conclusively evidenced by the execution thereof) to effectuate or carry out fully the purpose and interest of all of the foregoing resolutions; and that any and all such actions heretofore or hereafter taken by the Authorized Personnel relating to and within the terms of these resolutions be, and they hereby are, adopted, affirmed, approved, and ratified in all respects as the act and deed of the Company; and

The undersigned directs that an executed copy of this unanimous written consent shall be filed with the minutes of the proceedings of the members.

Dated to be effective on September 06, 2023.

The undersigned agree that this consent may be prepared, signed, and delivered in electronic form.

Sep 6, 2023
_____
Date of Execution

Integrated Insight Therapy, LLC,
the Member of Delta Co, LLC

*Joel L. Watts*
Joel L. Watts (Sep 6, 2023 15:05 MDT)
_____
Joel Watts, Manager

[SIGNATURE PAGE OF SOLE MEMBER CONSENT TO FILE BANKRUPTCY – DELTA CO]

2