BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| In re: | ) | Chapter 11 |
|---|---|---|
|     Delta Co, LLC, | ) | Case No. 23-00719 (TJC) |
|         Debtor. | ) | |
| In re: | ) | Chapter 11 |
|     Integrated Insight Therapy, LLC, | ) | Case No. 23-00720 (TJC) |
|         Debtor. | ) | |

The undersigned hereby enters their appearance on behalf of the United States Trustee. Pursuant to Rule 2002, U.S. Bankruptcy Rules, the undersigned hereby requests that copies of all papers filed or served in this case be sent to:

>Claire R. Davison
>Trial Attorney
>210 Walnut Street, Room 793
>Des Moines, IA 50309
>202-320-3943
>Claire.r.davison@usdoj.gov

Please take further notice this request includes all notices and papers, including reports, 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints or demand, whether formal or informal, by any means transmitted, and all notices thereof. This Notice of Appearance and Request for Notice does not constitute any consent for any violation of Bankruptcy Rule 2003, nor does it constitute a consent of jurisdiction of the court over non-core proceeding under 28 U.S.C. § 1557.

Dated this 11th of September, 2023

>Respectfully Submitted,
>**Mary R. Jensen**
>Acting United States Trustee
>
>By: /s/ **Claire R. Davison**
>Trial Attorney
>210 Walnut Street, Room 793
>Des Moines, IA 50309
>202-320-3943
>Claire.r.davison@usdoj.gov

CERTIFICATE OF SERVICE

    The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on September 11, 2023:

All parties receiving ECF Notifications

Eric Langston, Debtor's attorney

>/s/ Claire R. Davison
>Claire R. Davison
>Trial Attorney
>Office of U.S. Trustee