## Exhibit A

## Proposed Order

BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
|     Delta Co, LLC,[2] | ) | Case No. 23-00719 (TJC) |
|     Debtor. | ) | |

## Order (I) Authorizing Payment of Prepetition Employee Wages, Salaries, Benefits, and Business Expenses, and (II) Granting Related Relief

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing Debtors and Debtors in possession to pay prepetition employee wages, salaries and related items, prepetition employee business expenses, prepetition contributions to and benefits under employee benefit plans, prepetition employee payroll deductions and withholdings, and all costs and expenses incident to the foregoing payments and contributions and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the order of reference; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Delta Co, LLC (7102) and Integrated Insight Therapy, LLC (4080). The Debtors' service address is: 555 Meeker St, Delta, CO 81416.

herein; and upon all of the proceedings had before this Court; and after due
deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED
THAT:

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized, in accordance with their stated policies and
in their sole discretion, to pay Prepetition Compensation, Prepetition Business
Expenses, deductions, withholdings and benefits that accrued but remained unpaid
as of *September 08, 2023* to or for the benefit of the employees.

3.      The Debtors are authorized, in their sole discretion, to pay the
Prepetition Processing Costs.

4.      All applicable banks and other financial institutions are authorized and
directed, when requested by the Debtors in the Debtors' sole discretion, to receive,
process, honor and pay any and all checks drawn on the Debtors' accounts with
respect to Prepetition Compensation, Prepetition Business Expenses, deductions,
withholdings, benefits and Prepetition Processing Costs, whether such checks were
presented prior to or after *September 08, 2023*, provided that sufficient funds are
available in the applicable accounts to make the payments;

5.      Notice of the Motion as provided therein shall be deemed good and
sufficient notice of such Motion.

6.      The terms and conditions of this Order are immediately effective and
enforceable upon its entry.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

9.      Nothing in the Motion shall be deemed a request for, and nothing in this Order shall be deemed a grant of authority to assume any executory employment or related contract under 11 U.S.C.A. § 365 or any relief with respect to any indemnification obligations relating to the Debtors' directors and officers.

Dated: _____, 2023

_____

United States Bankruptcy Judge