BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| In re: | ) | Chapter 11 |
|---|---|---|
| Delta Co, LLC,[1] | ) | Case No. 23-00719 (TJC) |
| Debtor. | ) | |

**Notice of (I) Motion for Procedural Consolidation and Joint Administration, (II) Motion for Order Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Their Existing Business Forms, and (III) Motion for Order Authorizing Payment of Prepetition Employee Wages, Salaries, Benefits, and Business Expenses**

**Notice setting hearing for September 14, 2023, at 9:30 A.M.**

To all creditors and parties in interest:

Notice is given the enclosed (I) Motion for Procedural Consolidation and Joint Administration, (II) Motion for Order Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Their Existing Business Forms, and (III) Motion for Order Authorizing Payment of Prepetition Employee Wages, Salaries, Benefits, and Business Expenses were filed on September 13, 2023, on behalf of the Debtors.

Notice is further given a hearing on the above matters will come before the Court on September 14, 2023, at 9:30 A.M. at the United States Bankruptcy Court for the Northern District of Iowa, 111 Seventh Ave SE, Courtroom 6, Cedar Rapids, Iowa 52401.

Date: September 13, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Delta Co, LLC (7102) and Integrated Insight Therapy, LLC (4080). The Debtors' service address is: 555 Meeker St, Delta, CO 81416.

Clerk, U.S. Bankruptcy Court, 111 Seventh Ave SE, Box 15, Cedar Rapids, Iowa 52401.

U.S. Trustee, 111 Seventh Ave SE, Suite 2800, Cedar Rapids, Iowa 52401.

The undersigned hereby certifies that a copy of the document on which this appears and all enclosures were mailed the date indicated below to all creditors and parties in interest herein as required by the Bankruptcy Code and Rules by the office of AEGIS Law, per the attached list.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing:   601 S. Lindbergh Blvd.
           Frontenac, MO 63131
Physical:  222 Third Ave. SE
           Suite 501, Office 6
           Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Debtors*