tranrcpt 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Delta, LLC

Chapter 11

Bankruptcy No. 23-00719

Debtor

**FILED**
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

SEP 15 2023

By: _____ Clerk of Court
_____ Deputy

## CASE TRANSFERRED

Notification of Order Transferring Cases Ordered on 9/14/2023.

District Office #0862
Office Code # 1
Reopen/Origin Code # Original

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Date: September 14, 2023

Deputy Clerk
nicole_becker@ianb.uscourts.gov

*NOTE: Please fill out bottom portion and email to the clerk's office listed above.*

---

## ACKNOWLEDGEMENT OF RECEIPT FOR CASE TRANSFERRED

District Office # 1082
Docket Number # 23-14130-JGR

Office Code # 1
Reopen/Origin Code # t

The undersigned hereby acknowledges receipt of this file by dating and signing this document and returning to above court address or email address.

Date: September 14, 2023

_____ Laura Guice
(CLERK/DEPUTY CLERK AND DISTRICT)