United States Bankruptcy Court

Northern District of Iowa

In re:  
Delta, LLC  
    Debtor

Case No. 23-00719-TJC  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 1  
Date Rcvd: Sep 14, 2023      Form ID: pdf902      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Delta, LLC, 555 Meeker St, Delta, CO 81416-1920 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Eric J. Langston | on behalf of Debtor Delta LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 4

BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| In re: | ) | Chapter 11 |
|---|---|---|
| Delta, LLC, | ) | Case No. 23-00719 (TJC) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| Integrated Insight Therapy, LLC, | ) | Case No. 23-00720 (TJC) |
| Debtor. | ) | |

**ORDER TRANSFERRING CASES**

These cases came before the Court for hearing on September 14, 2023 on Debtor's *(I) Motion for Procedural Consolidation and Joint Administration, (II) Motion for Order Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Their Existing Business Forms, and (III) Motion for Order Authorizing Payment of Prepetition Employee Wages, Salaries, Benefits, and Business Expenses.*

The United States Trustee raised a number of concerns regarding the appropriateness of the Northern District of Iowa as venue for these cases. After due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The venue in the Northern District of Iowa is not proper.

2. In accordance with 28 U.S.C. § 1412, a district court may "transfer a case or proceeding under title 11 to a district court for another district, in the interest of justice or for the convenience of the parties."

3. In the interest of justice, venue of these proceedings shall be transferred to the District of Colorado Bankruptcy Court.

4. All rulings on the motions before the Court are deferred for final adjudication in the Colorado Bankruptcy Court.

Dated and entered this **14th** of September, 2023.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

**Mary R. Jensen**
Acting United States Trustee

By: **/s/ Claire R. Davison**
Trial Attorney
210 Walnut Street, Room 793
Des Moines, IA 50309
202-320-3943
Claire.r.davison@usdoj.gov